Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street

Camden, NJ 08102

---

Case No.:  17–27131–JNP

Chapter:  7

Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Timothy G Burke

96 East Ninth Street

Pine Hill, NJ 08021

Social Security No.:

xxx–xx–6104

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 13, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 18 – 12

Order Denying Approval of Reaffirmation Agreement. (related document:12 Reaffirmation Agreement filed by Creditor BMW Bank of North America). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/12/2017. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 13, 2017

JAN: cmf

Jeanne Naughton

Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-27131-JNP
Timothy G Burke                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2017
                             Form ID: orderntc         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db            +Timothy G Burke,    96 East Ninth Street,    Pine Hill, NJ 08021-6352
cr            +BMW Bank of North America,    c/o Hogan Data Operations,    4515 N. Santa Fe Avenue,
               Oklahoma City, OK 73118-7901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Timothy G Burke jjresq@comcast.net,  jjresq1@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4