In Re:

Timothy G. Burke

Case No.:  17-27131 -JNP
Adv. No.:
Hearing Date: 12/12/2017

Order Filed on December 12, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

# ORDER REGARDING REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED.**

**DATED: December 12, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

The Reaffirmation Agreement between the Debtor(s) and __Hyundai Capital America__ is:
    (Creditor)

_____ Approved

__xx__ Disapproved.

However, the Court finds and concludes that the Debtor(s) has fully complied with deadlines of 11 U.S.C. Sections 521(a)(2), 521(a)(6) and 362(h). Accordingly, Creditor must seek further order of this Court in order to exercise any remedies under the subject installment agreement with respect to any pre-petition non-monetary defaults thereunder.

**IT IS FURTHER ORDERED** that in accordance with D.N.J. LBR 4001-2:

A secured creditor does not violate the automatic stay imposed by § 362 of the Code or the discharge injunction imposed by § 524 of the Code when it sends any of the following documents to the debtor:

(1) a regular monthly statement or payment coupon;

(2) a reminder statement which is informational only and does not demand payment;

(3) a notice of the status of an escrow account, including a notice regarding calculation of a new monthly payment based on a change in the property tax or insurance premium; or

(4) a notice of an adjustment to a variable rate monthly mortgage payment resulting from a change in the interest rate.

United States Bankruptcy Court
District of New Jersey

In re:  
Timothy G Burke  
       Debtor

Case No. 17-27131-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                   Page 1 of 1                    Date Rcvd: Dec 13, 2017
                            Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db             +Timothy G Burke,    96 East Ninth Street,    Pine Hill, NJ 08021-6352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
          Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
          Joseph J. Rogers    on behalf of Debtor Timothy G Burke jjresq@comcast.net,    jjresq1@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4