Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17–27131–JNP
                Chapter:  7
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy G Burke
   96 East Ninth Street
   Pine Hill, NJ 08021

Social Security No.:
   xxx–xx–6104

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 17, 2018</u>　　　　　　<u>Jerrold N. Poslusny Jr.</u>
　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court